**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAN TRAN,<br><br>        Plaintiff,<br><br>vs.<br><br>ADAMAS PHARMACEUTICALS, INC., NEIL F. MCFARLANE, DAVID L. MAHONEY, MICHAEL F. BIGHAM, MARTHA J. DEMSKI, MARDI C. DIER, WILLIAM W. ERICSON, JOHN A. MACPHEE, SPYRIDON PAPAPETROPOULOS, and ANNA S. RICHO,<br><br>        Defendants. | **Case No.: 3:21-cv-08417**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

    Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Tran Tran ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: December 1, 2021        **BRODSKY & SMITH**

                                By:  */s/ Evan J. Smith*
                                        Evan J. Smith
                                        240 Mineola Boulevard
                                        Mineola, NY  11501
                                        Phone:  (516) 741-4977
                                        Facsimile (561) 741-0626

                                        *Attorneys for Plaintiff*